**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANK E. SISNEROZ, | No. 08-17634 |
| Plaintiff - Appellant, | D.C. No. 1:01-cv-05058-AWI-TAG |
| v. | |
| BILL WHITMAN; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, Chief District Judge, Presiding

Submitted March 16, 2010[**]

Before:     SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Frank E. Sisneroz, a California civil detainee, appeals pro se from the district

court's order denying his request for injunctive relief in connection with the

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JK/Research

conditions of confinement at Tulare County Jail.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion.  *Theme Promotions, Inc. v. News Am. Mktg. FSI*, 546 F.3d 991, 1000 (9th Cir. 2008).  We affirm.

The district court did not abuse its discretion by denying injunctive relief because Sisneroz failed to allege facts demonstrating a likelihood of substantial and immediate irreparable injury, despite receiving instruction on how to meet the requirements and being given two opportunities to do so.  *See Gomez v. Vernon*, 255 F.3d 1118, 1128 (9th Cir. 2001) ("In general, injunctive relief is to be used sparingly, and only in a clear and plain case.") (citation and internal quotation marks omitted).

Sisneroz's remaining contentions are unpersuasive.

Sisneroz's request for judicial notice of his indigency is denied as unnecessary.

**AFFIRMED.**